# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SCOTT RILLEY; MICHELLE KUNZA; KENDRA BUETTNER; JONATHAN ALDRICH; AND VENUS COLQUITT-MONTGOMERY,<br><br>Petitioners,<br><br>v.<br><br>MONEYLION OF UTAH, LLC,<br><br>Respondent. | ORDER GRANTING STIPULATED MOTION<br><br>Case No. 2:18-mc-00755-TC<br><br>District Judge Tena Campbell<br><br>Chief Magistrate Judge Paul M. Warner |

Before the court is the parties stipulated motion (the "Motion")[1] seeking to amend the court's order entered December 20, 2018 (the "Order").[2] District Judge Tena Campbell referred the Motion to Chief Magistrate Judge Paul M. Warner.[3] Based on the parties' stipulation, and for the reasons stated in the Motion, the court hereby **GRANTS** the Motion and modifies paragraphs 2 and 3 of the Order, as follows:

2. Within twenty-one (21) days of the date of this order, Petitioners shall provide to Respondents the identities of the fifty-one (51) Minnesota leads. The requests set forth in paragraphs 1 and 2 of the Subpoena shall be limited to responsive documents pertaining to only those fifty-one (51) leads.

---

[1] *See* docket no. 15.
[2] *See* docket no. 14.
[3] *See* docket no. 16.

1

3. Petitioners shall provide to Respondent, within twenty-one (21) days of the date of this order, all documents produced in the underlying lawsuit by Defendants that are responsive to the requests set forth in paragraphs 4 and 5 of the Subpoena.  <u>Thereafter, should Petitioners receive any additional responsive documents from Defendants, Petitioners shall promptly supplement by providing copies to Respondent</u>.  Respondent shall confirm by way of declaration that the documents produced by Defendants are all that exist. Or, if additional responsive documents exist, Respondent shall produce them to Petitioners.

**IT IS SO ORDERED**.

**DATED** this 5th day of March, 2019.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge